UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND et al., <br><br> Plaintiff, <br><br> -against- <br><br> MILCON CONSTRUCTION CORP. et al, <br><br> Defendant. | 24-cv-1253 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Discovery in this case is to be completed by August 20, 2024. Dkt. 21. Accordingly, no later than **August 21, 2024**, the parties are hereby ORDERED to file a joint letter indicating whether either party intends to file a dispositive motion. As stated in the case management plan, dispositive motions are due by September 20, 2024. If neither party will be filing dispositive motions, the joint letter should indicate dates in October or November that the parties are available for trial.

SO ORDERED.

Dated: August 15, 2024
New York, New York

ARUN SUBRAMANIAN
United States District Judge